CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

SEP 17 2009

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Petitioner, | )<br>)<br>) | Civil Action No. 3:09-MC-00028 |
| v. | )<br>) | **ORDER** |
| PAT T. TANNER,<br>Respondent. | )<br>)<br>) | By: Hon. Norman K. Moon<br>United States District Judge |

This matter is before the Court upon the August 19, 2009 Report & Recommendation of the U.S. Magistrate Judge (docket no. 38). As no objections have been filed by either party to the Report & Recommendation by September 8, 2009 as required, it is hereby ordered as follows:

1. The Report & Recommendation is **ADOPTED**.

2. The Respondent is **DISCHARGED** from further obligations to provide responses under the current summons.

3. This action is **DISMISSED** from the active docket of the Court.

The Clerk is directed to send copies of this Order to Pat T. Tanner at Post Office Box 191, Unionville, Virginia 22567, to all counsel of record, and to U.S. Magistrate Judge B. Waugh Crigler.

It is so **ORDERED**.

Entered this 17th day of September, 2009.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE